UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL JOHN SERNETT,

    Plaintiff,

v.                                           Case No: 8:23-cv-1160-MSS-CPT

WALMART STORES EAST, L.P.,

    Defendant.

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Strike Defendant's Affirmative Defenses 2, 3, 6, 10, 16, 17, 22, 23, 24, and 27 or, in the alternative, Motion for a More Definite Statement. (Dkt. 18) Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **DENIES** Plaintiff's Motion to Strike. Defendant has withdrawn Affirmative Defenses 1, 8, 11, 12, 18, 19, 25, 26, 28, and 29. (Dkt. 17) The Court finds that Defendant's remaining Affirmative Defenses 2, 3, 6, 10, 16, 17, 22, 23, 24, and 27 are sufficiently pled to permit Plaintiff to respond and raise a defense against those Affirmative Defenses.

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Strike Defendant's Affirmative Defenses 2, 3, 6, 10, 16, 17, 22, 23, 24, and 27 or, in the alternative, Motion for a More Definite

Statement, (Dkt. 18), is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of February 2024.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person